UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 26-cv-2624 (BAH) |

**JOINT STATUS REPORT**

Plaintiff Democracy Forward Foundation and Defendants U.S. Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and U.S. Department of Justice ("DOJ"), by and through undersigned counsel, respectfully submit the Parties' first joint status report:

1. This case concerns Plaintiff's Freedom of Information Act ("FOIA") requests for records submitted on April 23, 2026. *See* Compl. (ECF No. 1). Plaintiff submitted three FOIA requests to ICE, respectively requesting (1) email communications sent by identified ICE officials containing certain key terms (*see* Compl. ¶¶ 14–16); (2) directives, training materials, and similar materials regarding the presence of ICE agents or designated immigration officers at polling places (*see* Compl. ¶¶ 22–23); and (3) records reflecting final legal advice and analysis regarding the presence of ICE agents or designated immigration officers at polling places (*see* Compl. ¶¶ 29–30). Plaintiff submitted one request to DOJ's Office of Legal Counsel ("OLC"), requesting records reflecting final legal advice and analysis regarding the presence of immigration enforcement officials at polling places (*see* Compl. ¶¶ 35–36).

2. On August 7, 2026, OLC issued its response to the Plaintiff's FOIA request, stating that it had conducted a search and located no records responsive to Plaintiff's request.

3. On August 10, 2026, ICE and Plaintiff reached an agreement regarding the processing of Plaintiff's FOIA requests and production of responsive records. Plaintiff agreed to narrow the scope of its requests by adjusting the search timeframe and removing specified custodians and key terms. ICE agreed to complete its searches and communicate search results to Plaintiff by September 1, 2026, then subsequently process, make determinations, and release to Plaintiff 1,000 pages by October 1, 2026, and another 1,000 pages by November 1, 2026. The parties further agreed that if those deadlines are met, the monthly processing rate would reduce to 750 pages per month from December 1, 2026, onward. The parties agreed that this schedule includes the completion of any interagency consultations.

4. On September 1, 2026, in accordance with the parties' agreement, ICE confirmed to Plaintiff that it had completed its searches for records responsive to all three of Plaintiff's FOIA requests. ICE located approximately 4,646 pages of potentially responsive records and will commence production on October 1, 2026.

5. Jointly, the Parties respectfully propose that the Court permit the Parties to submit another joint status report in 30 days, on October 15, 2026, updating the Court on the status of the processing of Plaintiff's FOIA requests and the parties' conferral.

Dated: September 15, 2026

Respectfully submitted,

By: _/s/ Hart Wood_
Hart Wood (D.C. Bar No. 1034361)
Daniel A. McGrath (D.C. Bar No. 1531723)
Ronald A. Fein (D.C. Bar No. 90026641)
Robin F. Thurston (Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
hwood@democracyforward.org
dmcgrath@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org

Counsel for Plaintiff

JEANINE FERRIS PIRRO
United States Attorney

By: _/s/ Catherine J. Malycke_
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 809-3495
Catherine.Malycke@usdoj.gov

Attorneys for the United States of America